UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO GONZALES

                               Plaintiff(s)
                               Petitioner(s)

- against -

BARDONLINO'S RESTAURANT CORP., ANHANGUERA FOOD CORP. AND VALBER ROQUE JUNIOR

                               Defendant(s)
                               Respondent(s)

INDEX #:
08 CIV 3845
DATE FILED:
04/23/2008

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ELLIOTT STERNBERG, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/02/2008, 02:27PM at 1660 3RD AVENUE, NEW YORK NY 10028, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on ANHANGUERA FOOD CORP. D/B/A ECCO LA RESTAURANT, a defendant in the above action.

By delivering to and leaving with ROBERT SILVER at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 30   Approximate height 5'08"   Approximate weight 175   Color of skin WHITE   Color of hair BLACK

THE LAW OFFICE OF
JUSTIN A. ZELLER

251 WEST 14TH STREET
5TH FLOOR
NEW YORK, NY 10011
(212)229-2249

_____
ELLIOTT STERNBERG   License # 1184595

Sworn to before me on 05/02/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726