# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO GONZALES

Plaintiff(s)
Petitioner(s)

INDEX #:
08 CIV 3845
DATE FILED:
04/23/2008

- against -

BARDONLINO'S RESTAURANT CORP., ANHANGUERA FOOD CORP. AND VALBER ROQUE JUNIOR

Defendant(s)
Respondent(s)

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ELLIOTT STERNBERG, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/02/2008, 02:27PM at 1660 3RD AVENUE, NEW YORK NY 10028, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on VALBER ROQUE JUNIOR, a defendant in the above action.

By delivering a true copy thereof to and leaving with ROBERT SILVER/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O ECCO LA RESTAURANT

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 05/02/2008 addressed to defendant VALBER ROQUE JUNIOR at 1660 3RD AVENUE, NEW YORK NY 10028, C/O ECCO LA RESTAURANT with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 30   Approximate height 5'08"   Approximate weight 175   Color of skin WHITE   Color of hair BLACK

ROBERT SILVER told the deponent that VALBER ROQUE JUNIOR was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER

251 WEST 14TH STREET
5TH FLOOR
NEW YORK, NY 10011
(212)229-2249

_____
ELLIOTT STERNBERG   License # 1184595

Sworn to before me on 05/02/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726