```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
PAULINO GONZALES,                    :
                                     :    08 Civ. 3845 (VM)
              Plaintiff,             :
                                     :
     -against-                       :    ORDER
                                     :
BARDOLINO'S RESTAURANT CORP.,        :
et. al.,                             :
                                     :
              Defendants.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants herein on May 9, 2008 and that the answer to the complaint was due by May 22, 2008. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff herein are directed to inform the Court by July 24, 2008 of the status of this matter and plaintiff(s)' contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          21 July 2008

                                         /s/ Victor Marrero
                                         VICTOR MARRERO
                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08