```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PAULINO GONZALES,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　08 Civ. 3845 (VM)
　　　　　　　　　　　　Plaintiff,　　　:
　　　　　　　　　　　　　　　　　　　　:　　**CONDITIONAL**
　　- against -　　　　　　　　　　　　:　　**ORDER OF DISCONTINUANCE**
　　　　　　　　　　　　　　　　　　　　:
BARDOLINO'S RESTAURANT CORP.,　　　　 :
et. al.,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　 :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

　　　Counsel for plaintiff, on behalf of the parties, having notified the Court, by letter dated July 24, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

　　　**ORDERED,** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity

of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court schedule in this action are cancelled.

The Clerk of Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         25 July 2008

_____
VICTOR MARRERO
U.S.D.J.

THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

July 24, 2008

**VIA FAX**

Hon. Victor Marrero
United State Courthouse
Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007
(212) 805-6382.

Re: Gonzales v. Bardolino et. al.
Docket No. 08 cv 3845

Dear Judge Marrero,

As per the Court's request, I write to update the Court on the progress of the above matter.

I am pleased to report that the parties have settled the matter and are now drafting the settlement papers.

I therefore request that the Court issue a thirty-day conditional Order of Dismissal.

I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller